**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEFANIE J. FEINSTEIN,** | : | |
| ***Plaintiff,*** | : | **CIVIL ACTION** |
| | : | **NO. 26-893** |
| **v.** | : | |
| | : | |
| **EMMA MERCADENTE, *et al.*,** | : | |
| ***Defendants.*** | : | |

**ORDER**

**AND NOW,** this 3rd day of **September 2026**, it is **ORDERED** that Steven L. Rovner, Esq. shall file a Notice of Appearance in this case consistent with Local Rule of Civil Procedure 5.1(a) on or before **Thursday, September 10, 2026.**[1]

**BY THE COURT:**

José R. Arteaga Digitally signed by José R. Arteaga Date: 2026.09.03 10:13:25 -04'00'

**HON. JOSÉ RAÚL ARTEAGA**
***United States Magistrate Judge***
***Eastern District of Pennsylvania***

[1] "The filing of a pleading, motion, or stipulation shall be deemed an entry of appearance. Other appearances of counsel shall be by notice filed with the Clerk." E.D. Pa. Loc. R. Civ. P. 5.1(a).